UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No. 3:08CR21 (MPS) |
| **VS.** | : | |
| **PAUL CANNATA** | : | |

## TURNOVER ORDER

This matter comes before the Court on the Government's motion pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the Defendant, Paul Cannata's inmate trust account as a partial payment for the restitution imposed in this case. As set forth in the Government's motion for turnover order and supporting memorandum, the Bureau of Prisons maintains in its possession, custody and control approximately $13,575.25 in funds belonging to Defendant Paul Cannata that are currently in his trust account. For the reasons stated in the Government's memorandum in support of its motion for turnover, the Court concludes that good cause exists to grant the motion and therefore, it is hereby

ORDERED that the motion of the United States of America to authorize payment of restitution from the Defendant Paul Cannata's inmate trust account is GRANTED.

**IT IS FURTHER ORDERED that the Bureau of Prisons is authorized to turn over to the Clerk of Court all funds held in the trust account for Paul Cannata, except for $450.00, to be maintained in the account for the benefit of Paul Cannata.**

**SO ORDERED on this 19 day of February, 2021 at Hartford, Connecticut.**

_____/s/_____
**MICHAEL P. SHEA**
**UNITED STATES DISTRICT JUDGE**